```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 18 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

JOSEPH M. BARRETT, ESQ. (SBN 143974)
SEAN T. CARTER, ESQ. (SBN 206365)
IBIERE N. SECK, ESQ. (SBN 256198)
THE COCHRAN FIRM – LOS ANGELES
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 931-6200
Facsimile: (323) 931-9521
Email: jbarrett@cochranfirm.com
Email: iseck@cochranfirm.com
Attorneys for Plaintiff: KOFOWOROLA OLUKEMI

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 X
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KOFOWOROLA OLUKEMI,
an individual

        Plaintiff,

vs.

CITY OF BUENA PARK, a municipal entity, and DOES 1 to 10, inclusive,

        Defendants.

Case No.: SACV 09-1503 CJC (RNBx)

STIPULATION OF DISMISSAL; ORDER THEREON

DATE: February 11, 2010
DEPT.: 9B
JUDGE: Cormac J. Carney

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

//
//
//
//
//
//
//
//

1

STIPULATION OF DISMISSAL
PURSUANT TO FRCP 41(a)(1)

Case No. SACV 09-1503 CHC (RNBx)

| | | |
|---|---|---|
| 1 | // // | |
| 2 | Dated: February 11, 2010 | **THE COCHRAN LAW FIRM** |
| 3 | | A Professional Corporation |
| 4 | | |
| 5 | | By: _[signature]_ |
| 6 | | Ibiere N. Seck, Esq. |
| | | Joseph M. Barrett, Esq. |
| 7 | | Sean T. Carter, Esq. |
| 8 | | Attorneys for Plaintiff, |
| 9 | | KOFOWOROLA OLUKEMI |
| 10 | | |
| 11 | Dated: February 11, 2010 | **FERGUSON, PRAET & SHERMAN** |
| 12 | | A Professional Corporation |

By: _[signature]_
Kelly R. M. Irwin, Esq.
Attorney for Defendants,
CITY OF BUENA PARK, et al.

IT IS SO ORDERED

Dated 2/18/10

_[signature]_
United States District Judge

2

STIPULATION OF DISMISSAL
PURSUANT TO FRCP 41(a)(1)                                   Case No. SACV 09-1503 CHC (RNBx)